1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| BLIA CHANG ) | 1:05-CV-1113 OWW DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO DISMISS |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 21, 2005, on behalf of Plaintiff be dismissed.  After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

Dated: August 14, 2006        /s/ Gina Fazio

                              GINA FAZIO, ESQ.
                              Attorney for Plaintiff

Dated: August 22, 2006

                              MCGREGOR SCOTT
                              United States Attorney

                              By: /s/ Kimberly A. Gaab
                              (as authorized via facsimile)
                              KIMBERLY A. GAAB
                              Assistant U.S. Attorney

1
2        IT IS SO ORDERED.
3        Dated:   August 25, 2006                    /s/ Dennis L. Beck
   3c0hj8                                       UNITED STATES MAGISTRATE JUDGE
4
5
...
28